UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZBIGNIEW SOCHA, *on behalf of himself and all others similarly situated*,

       Plaintiff,

-against-

GARFIELD DEVELOPMENT CORP., *et al.*,

       Defendants.

**ORDER**

23-cv-7372 (ER)

The Court is in receipt of the Mediator's report that agreement was reached on all issues.

As such, the parties are directed to submit their settlement agreement for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015) by April 4, 2024.

  SO ORDERED.

Dated: March 21, 2024
    New York, New York

                   Edgardo Ramos, U.S.D.J.