# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

**TINA S. BHATT**
MEMBER

TEL: (212) 238-4835
EMAIL: tbhatt@lcbf.com

120 BROADWAY
13TH FLOOR
NEW YORK, NEW YORK 10271
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center, 22nd Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Tel: (302) 514-6901

### JOINT LETTER MOTION FOR EXTENSION OF TIME TO SUBMIT SETTLEMENT AGREEMENT

April 4, 2024

**VIA ECF**

**MEMO ENDORSED**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York

Re: **Socha v. Garfield Development Corp. et al.**
**Docket No. 1:23-cv-07372-ER**

Dear Judge Ramos:

We represent defendants in the above-referenced matter. We write jointly with Plaintiff to inform the Court that the parties require additional time to finalize their settlement in principle and therefore request a one-week adjournment of the deadline to submit a settlement agreement for the Court's review.

Per the Court's electronic order, dated March 21, 2024, the current deadline is today, April 4, 2024. This is the first request for an extension of this deadline and all parties consent to this extension. An extension of this deadline will not impact any other scheduled date or deadline in this matter.

Accordingly, the parties respectfully request that their deadline to submit a settlement agreement for the Court's review be extended to and through April 12, 2024.

The parties thank the Court for Your Honor's consideration of this request.

Respectfully Submitted,

/s/ *Tina S. Bhatt*
Tina S. Bhatt

The application is  _X_  granted
                   ___  denied

_____
Edgardo Ramos, U.S.D.J
Dated: April 4, 2024
New York, New York

cc: All counsel of record (via ECF)